## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:18CR82 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ONOME IJOMONE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of First Assistant Federal Public Defender Jeffrey L. Thomas and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Onome Ijomone [18]. Mr. Thomas represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Mr. Thomas's and the Office of the Federal Public Defender's motion to withdraw [18] is granted.

Denise E. Frost, 9900 Nicholas Street, Suite 225, Omaha, Nebraska 68114, (402) 346-8856, is appointed to represent the defendant for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Thomas shall forthwith provide Ms. Frost with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Thomas which are material to defendant's defense.

The clerk shall provide a copy of this order to Ms. Frost, and she shall file her appearance forthwith.

**IT IS SO ORDERED.**

DATED this 28th day of November, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge